UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michelle A. Baker, | Case No. 17-cv-02271 (SRN/KMM) |
| Plaintiff, | |
| v. | |
| CitiMortgage, Inc.; and Christian Bank & Trust, *as Trustee for Securitized Trust Citigroup Mortgage Loan Trust Inc 2015-PS1 Trst, Mortgage Electronic Registration System ("MERS")*; | **ORDER** |
| Defendants. | |

---

Michelle A. Baker, 16167 Unity Street NW, Andover, MN 55304 plaintiff.

Christopher Steven Comstock, Joseph Martin Callaghan, Lucia Nale, and Thomas Vangel Panoff, Mayer Brown LLP; Cameron A. Lallier and Thomas W. Pahl, Foley & Mansfield, PLLP; counsel for defendant CitiMortgage Inc.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated December 21, 2017 [Doc. No. 34]. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The Defendants' Motion to Dismiss [Doc. No. 20] is **GRANTED**.

2. This action is **DISMISSED WITH PREJUDICE**

**LET JUDGMENT BE ENTERD ACCORDINGLY.**

Dated: January 10, 2018

                                          s/Susan Richard Nelson
                                          SUSAN RICHARD NELSON
                                          United States District Judge